UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JEANNINE N. BIBB,

    Plaintiff,

v.

STANDARD INSURANCE COMPANY, a mutual Life Insurance Company, doing business in the State of Washington,

    Defendant.

NO. CV-06-3040-RHW

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Before the Court is Defendant's Motion for Summary Judgment (Ct. Rec. 25). A hearing was held on the motion on October 3, 2007, in Spokane, Washington. Plaintiff was represented by Russell Mazzola, who participated telephonically. Defendant was represented by Vicki Smith. This order memorializes the Court's oral ruling.

The Court concluded that Plaintiff has raised a question of material fact with regard to the nature and extend of the conflict of interest of Defendant and permitted Plaintiff to conduct limited discovery of Dr. Ingram, pursuant to Fed. R. Civ. P. 56(f).

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion for Summary Judgment (Ct. Rec. 25) is **DENIED,** with leave to renew.

///

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 1**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 3rd day of October, 2007.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2006\Bibb\denysj.wpd

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** ~ 2