UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JEANNINE N. BIBB,

     Plaintiff,

     v.

STANDARD INSURANCE
COMPANY, a mutual Life Insurance
Company, doing business in the State
of Washington,

     Defendant.

NO.  CV-06-3040-RHW

**ORDER GRANTING
STIPULATION OF DISMISSAL
AND CLOSING FILE**

     Before the Court is the parties' Stipulation of Dismissal (Ct. Rec. 79).  The parties ask that all the claims asserted by Plaintiff against the above-named Defendant shall be dismissed with prejudice and without costs or attorneys fees.

     Accordingly, **IT IS HEREBY ORDERED:**

     1.   The parties' Stipulation of Dismissal (Ct. Rec. 79) is **GRANTED**.

     2.   The claims asserted by Plaintiff against the above-named Defendant are **dismissed** with prejudice and without costs or attorneys fees.

     **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

     **DATED** this 17th day of August, 2009.


       *s/Robert H. Whaley*

       ROBERT H. WHALEY
      Senior United States District Judge

Q:\CIVIL\2006\Bibb\dismiss.wpd


**ORDER GRANTING STIPULATION OF DISMISSAL AND CLOSING
FILE ~ 1**